Adrienne Lomeli-Brantley, Esq.
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   (702) 949-8200
Fax:   (702) 949-8398
Email: ABrantley-Lomeli@lewisroca.com

*Attorneys for Defendant, Barclays Bank Delaware*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN NORMINE,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EXPERIAN SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and BARCLAYS BANK DELAWARE,<br><br>Defendants. | Case No.: 2:22-cv-02130-MMD-NJK<br><br>**DEFENDANT BARCLAYS BANK DELAWARE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Barclays Bank Delaware ("Barclays"), through its attorneys, and by agreement of counsel for Plaintiff Kevin Normine ("Plaintiff"), respectfully requests that the Court extend the deadline in which Barclays has to answer or otherwise plead to Plaintiff's Complaint, through and until February 15, 2023. In support of its Motion, Barclays states as follows:

1. Plaintiff's Complaint was filed on December 22, 2022 . [Dkt. 1].

2. Barclays's current deadline to respond to Plaintiff's Complaint is January 18, 2023.

3. Barclays respectfully requests that the Court extend Barclays's deadline to respond to the Complaint to and including February 15, 2023.

119902684 2

4. Barclays recently retained Holland & Knight LLP as counsel and requires additional time to investigate the allegations in the complaint and discuss with Plaintiff.

5. Counsel for Barclays and Cpunsel for Plaintiff have agreed to this requested extension of time.

6. This is Barclays's first request for an extension; this request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

7. No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

WHEREFORE Defendant Barclays, respectfully requests that the Court grant its Unopposed Motion for Extension of Time to File a Responsive Pleading, extending its deadline to answer or otherwise plead to Plaintiff's Complaint through and until February 15, 2023, and award such other relief the Court deems just and proper.

DATED this 17th day of January, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Adrienne Brantley-Lomeli
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
ABrantley-Lomeli@lewisroca.com

*Attorneys for Defendant Barclays Bank Delaware*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2023