1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **Kind Law**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7
8  George Haines, Esq.
   Nevada Bar No.: 9411
9  Gerardo Avalos, Esq.
10 Nevada Bar No.: 15171
   **Freedom Law Firm**
11 8985 S. Eastern Ave., Suite 350
12 Las Vegas, Nevada 89123
   (702) 880-5554
13 (702) 385-5518 (fax)
14 Ghaines@freedomlegalteam.com
15 *Attorneys for Plaintiff Kevin Normine*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Normine,<br>　　　　　　Plaintiff,<br>　v.<br><br>Trans Union, LLC et al,<br>　　　　　　Defendants. | Case No.: 2:22-cv-02130-MMD-NJK<br><br>**Stipulation for dismissal of Barclays Bank Delaware with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kevin Normine and Barclays Bank Delaware stipulate to dismiss Plaintiff's claims against Barclays Bank Delaware with prejudice.

STIPULATION　　　　　　　　　　　　　　- 1 -

1         Each party will bear its own costs, disbursements, and attorney fees.

2         Dated: April 28, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kevin Normine*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Adrienne Lomeli-Brantley, Esq.
Adrienne Lomeli-Brantley, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for Barclays Bank Delaware*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 11, 2023

STIPULATION      - 2 -